1  BENJAMIN B. WAGNER
   United States Attorney
2  IAN L. GARRIQUES
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
   Attorneys for the
6  United States of America



7
8              IN THE UNITED STATES DISTRICT COURT
9                 EASTERN DISTRICT OF CALIFORNIA
10

11 UNITED STATES OF AMERICA,        ) CASE NO.  1:11-MJ-00225 BAM
                                    )
12              Plaintiff,          ) MOTION TO UNSEAL COMPLAINT AND
                                    ) AFFIDAVIT
13       v.                         )
                                    )
14 ISIDRO FREDIS HERNANDEZ and      )
   ARACELI P PEREZ,                 )
15                                  )
                Defendants.         )
16 _____)

17      The United States of America hereby applies to this Court for an
18 order unsealing the complaint and affidavit in support of the
19 complaint previously sealed herein by the Court on October 26, 2011.
20 Due to an intervening arrest, the complaint and affidavit no longer
21 need to remain sealed.
22      Accordingly, the United States requests that the complaint and
23 affidavit be unsealed and made public record.
24 DATED: October 27, 2011         BENJAMIN B. WAGNER
                                   United States Attorney
25
                              By:  /s/ Ian L. Garriques
26                                 IAN L. GARRIQUES
                                   Assistant U.S. Attorney
27
28

                                   1

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:11-MJ-00225 BAM |
| Plaintiff, | |
| v. | ORDER TO UNSEAL COMPLAINT AND AFFIDAVIT |
| ISIDRO FREDIS HERNANDEZ and ARACELI P PEREZ, | |
| Defendants. | |

The complaint and affidavit in support of the complaint, having been sealed by order of this Court on October 26, 2011, and it appearing that the complaint and affidavit no longer need to remain sealed based on the government's motion,

IT IS HEREBY ORDERED that the complaint and affidavit in support of the complaint herein be unsealed and made public record.

DATED: 10/28/11

UNITED STATES MAGISTRATE JUDGE